# United States Bankruptcy Court
## Southern District of Florida

In re    **Jose Manuel Piedra**                                                                                              Case No.    **08-29390**
                                             Debtor(s)                                                                              Chapter     **7**

## Notice of Change of EMAIL ADDRESS, MAILING ADDRESS TELEPHONE/FACSIMILE NUMBERS

### for

### DENISE M. BLACKWELL-PINEDA, ESQ

**My Former Address was 7175 SW 8th Street, Suite 204, Miami, Florida 33144.  Please be advised that effective November 13, 2009 my new mailing address is 10481 N. Kendall Drive, Suite D201, Miami, Florida 33176 and my new telephone number is (305) 595-5159 and my new fax number is (305) 595-4582.  Please update your records accordingly.**

                                                                                                                                                                     /s/ Denise M. Blackwell-Pineda
                                                                  **/ Denise M. Blackwell-Pineda**
                                                                  Attorney for Debtor